UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JEFERSON ISAAC PENA-MOSQUERA,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.
_____/

Case No. 1:26-cv-500

Honorable Jane M. Beckering

## **ORDER**

This is a habeas corpus action brought by counsel on behalf of an individual detained by the United States Immigration and Customs Enforcement detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan. In an Opinion and Judgment entered on February 27, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering "Respondents to provide Petitioner with an individualized bond hearing, within five business days, before an immigration judge, at which time the government will have the burden to demonstrate dangerousness or flight risk by clear and convincing evidence, or, in the alternative, immediately release Petitioner from custody." (Op. & J., ECF Nos. 7, 8.) The Court further directed Respondents to file a status report within six business days of the date of the Court's Opinion and Judgment to certify compliance with Court's Opinion and Judgment. (Op. & J., ECF Nos. 7, 8.)

On March 5, 2026, Petitioner filed a motion to enforce judgment (ECF No. 9), and on March 6, 2026, Petitioner filed a corrected motion to enforce judgment (ECF No. 11), asking the Court to order Petitioner's immediate release from custody due to Respondents' failure to comply

with this Court's February 27, 2026, Opinion and Judgment. Thereafter, Respondents filed a status report on March 9, 2026, indicating that Petitioner was scheduled to be released from custody on March 10, 2026, (ECF No. 12), and on March 11, 2026, Respondents filed a second status report indicating that Petitioner had been released from custody on March 10, 2026. (ECF No. 13.)

In light of Petitioner's release from custody, it appears that Petitioner's motion to enforce judgment and corrected motion to enforce judgment are now moot because Petitioner received the relief sought in those motions. However, Petitioner has not filed anything in this case since filing the motions to enforce judgment. Therefore, if Petitioner wishes to file a response to Respondents' second status report, Petitioner shall do so by filing a written response within three business days of the date of this order.

**IT IS SO ORDERED**.

Dated:     March 25, 2026                          /s/ Jane M. Beckering
                                                   Jane M. Beckering
                                                   United States District Judge